IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVIE WAYNE SHELL,

    Plaintiff,                    No. CIV S-01-1352 FCD DAD P

    vs.

SACRAMENTO COUNTY
SHERIFF'S DEP'T, et al.,

    Defendants.               ORDER

        Plaintiff has inquired how to continue or refile his claims. This case was closed on February 25, 2003, pursuant to an order dismissing the action without prejudice for failure to comply with the scheduling order. Plaintiff may not proceed in this closed case but may file a new action by submitting a complaint along with the $250.00 filing fee or an application to proceed in forma pauperis. The new complaint should not bear the case number assigned to this closed case. The court cannot advise plaintiff concerning the statute of limitations.

        Plaintiff's March 21, 2005 request to reopen this case is denied. No orders will issue in response to future documents not properly filed in this case. IT IS SO ORDERED.

DATED: October 27, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
cann0046.58